**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| B&G FOODS NORTH AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FULL-FILL INDUSTRIES, LLC,<br><br>Defendant. | Civil Action No. 22-2432 (JKS) (CLW)<br><br>**ORDER**<br><br>June 18, 2024 |

**SEMPER**, District Judge.

This matter comes before the Court on Magistrate Judge Cathy L. Waldor's Report and Recommendation (ECF 63, "R&R"), issued on May 31, 2024, recommending that this Court grant in part and deny in part as moot Defendant Full-Fill's motion to dismiss or transfer, (ECF 53, "Motion"). B&G filed an objection. (ECF 64.) This Court has considered the parties' submissions, Judge Waldor's R&R, and B&G's objection, and for substantially the same reasons stated in Judge Waldor's R&R,

**IT IS** on this 18th day of June 2024,

**ORDERED** that Defendant Full-Fill's Motion (ECF 53) is **GRANTED IN PART** and **DENIED IN PART** in accordance with Judge Waldor's R&R; and it is further

**ORDERED** that pursuant to 28 U.S.C. § 1631, this matter be transferred to the United States District Court for the Central District of Illinois as this Court lacks personal jurisdiction; and it is further

**ORDERED** that this Court adopts Judge Waldor's May 31, 2024 R&R. (ECF 63.)

**SO ORDERED**.

2

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

| | |
|---|---|
| Orig: | Clerk |
| cc: | Cathy L. Waldor, U.S.M.J. |
| | Parties |